



**Law Offices of
Charles M. Tebbutt, P.C.**
941 Lawrence Street
Eugene, OR 97401
Ph: 541-344-3505 Fax: 541-344-3516

January 31, 2023

### THIS IS AN URGENT LEGAL MATTER REQUIRING YOUR IMMEDIATE ATTENTION

*Via Certified Mail, Return Receipt Requested:*

| | |
|---|---|
| Manager<br>Simplot Grand View Feedlot<br>1301 Hwy 67<br>Grand View, ID 83624 | Thomas J. Basabe, Director/President<br>Simplot Livestock Co.<br>P.O. Box 27<br>Boise, ID 83707 |
| Garrett C. Lofto, President<br>J.R. Simplot Co.<br>1099 W. Front Street<br>Boise, ID 83702 | Corporation Service Company<br>Registered Agent for Simplot Livestock Co.<br>1305 12th Avenue Road<br>Nampa, ID 83686 |
| Corporation Service Company<br>Registered Agent for J.R. Simplot Co.<br>1305 12th Avenue Road<br>Nampa, ID 83686 | Manager<br>Grandview Farms (Assumed Business Name)<br>C/O JR Simplot Company<br>PO Box 27<br>Boise, ID 83707 |

*Other recipients identified on last page*

**NOTICE OF INTENT TO SUE PURSUANT TO THE FEDERAL WATER POLLUTION CONTROL ACT, 33 U.S.C. § 1365(a)(1)**

Dear Messrs. Lofto, Graves, Basabe, Manager of Simplot Grand View Feedlot, and Manager for Grandview Farms:

Pursuant to the citizen suit provisions of the Federal Water Pollution Control Act, 33 U.S.C. § 1365(a)(1) (hereinafter referred to as the "Clean Water Act" or "CWA"), Snake River Waterkeeper, an Idaho not-for-profit corporation (hereinafter, "SRW"), hereby notifies you that on or after the 60th day from the date of this notice, SRW intends to initiate a citizen suit in Idaho Federal District Court against J.R. Simplot Co. and Simplot Livestock Co. (collectively referred to hereinafter as "Simplot"), the owners and operators of the Simplot Grand View feedlot ("Grand View Feedlot"), located at or near 1301 Hwy 67, Grand View, ID 83624.[1] The lawsuit will allege that Simplot has violated and remains in violation of the Clean Water Act and applicable state water pollution control laws by discharging pollutants, including animal wastes such as solid manure and liquid manure, process wastewater, and related operational waste products, to waters of the United States without first obtaining coverage under a valid National Pollutant Discharge Elimination System ("NPDES") permit. The pollutants being discharged by Simplot to waters of the United States contain dangerous constituents including bacteria and other pathogens that are harmful to human health and the environment.

## LEGAL FRAMEWORK

The Clean Water Act is the cornerstone of surface water quality protection in the United States. Sections 301 and 402 of the CWA establish the basic requirements that the discharge of pollutants into waters of the United States requires a permit before any such discharge is allowed. Section 301 of the CWA provides that "except as in compliance with…section…1342…of this title, the discharge of any pollutant by any person shall be unlawful." 33 U.S.C. § 1311(a). Section 402 of the CWA establishes the NPDES Program, which controls water pollution by regulating point sources. Concentrated animal feeding operations, or CAFOs, are point sources under the Clean Water Act. 33 U.S.C. § 1362(14). As such, a CAFO is prohibited from discharging pollutants into waters of the United States unless that CAFO has coverage under, and complies with, a general or individual NPDES permit. 33 U.S.C. § 1311(a).

Simplot qualifies as a "Large CAFO," because it confines, stables, feeds, and maintains more than 1,000 cattle for a total of 45 days or more in any 12-month period. 40 C.F.R. § 122.23(b)(1), (b)(4). "Once an animal feeding operation is defined as a CAFO for at least one type of animal, the NPDES requirements for CAFOs apply with respect to all animals in confinement at the operation and all manure, litter, and process wastewater generated by those animals or the production of those animals, regardless of the type of animal." 40 C.F.R. § 122.23(a).

---

[1] Simplot's Grand View Feedlot encompasses, at the very least, Elmore County, Idaho Parcel Nos. RP04S03E340040, RP04S03E276610, RP04S03E278410, RP04S03E274810, RP04S03E, RP04S03E255010, RP04S03E352410, RP04S03E359010, RP05S03E010610, RP05S03E021350, RP05S03E023050. Other parcels used for these operations by Simplot are also considered part of the notice.

Applicable federal regulations define two primary parts of a CAFO: the "production area" and the "land application area." The "production area" includes:

> "the animal confinement area, the manure storage area, the raw materials storage area, and the waste containment areas. The animal confinement area includes but is not limited to open lots, housed lots, feedlots, confinement houses, stall barns, free stall barns, milkrooms, milking centers, cowyards, barnyards, medication pens, walkers, animal walkways, and stables. The manure storage area includes but is not limited to lagoons, runoff ponds, storage sheds, stockpiles, under house or pit storages, liquid impoundments, static piles, and composting piles. The raw materials storage area includes but is not limited to feed silos, silage bunkers, and bedding materials. The waste containment area includes but is not limited to settling basins, and areas within berms and diversions which separate uncontaminated storm water."

40 C.F.R. § 122.23(b)(8). The "land application area" means "land under the control of an [CAFO] owner or operator, whether it is owned, rented, or leased, to which manure, litter or process wastewater from the production area is or may be applied." *Id.* § 122.23(b)(3).

For CAFO production areas, the discharge of manure or process wastewater[2] is strictly prohibited. The only regulatory exception is when precipitation causes an "overflow[3]" of manure or process wastewater; in that circumstance, a discharge is authorized only to the extent that (1) the "production area is designed, constructed, operated and maintained to contain all manure...and process wastewater including the runoff and the direct precipitation from a 25-year, 24-hour rainfall event," and (2) the "production area is operated in accordance with the additional measures and record-keeping requirements found in 40 C.F.R. § 412.37(a) and (b)." *See* 40 C.F.R. § 412.31(a). Also, for this exception to apply, the facility must first have a valid NPDES permit. Additionally, pursuant to 40 C.F.R. § 122.42(e)(1)(iii) Grand View Feedlot must "ensure that clean water is diverted, as appropriate, from the production area."

For CAFO land application areas, the discharge of manure or process wastewater is prohibited. Only precipitation-caused discharges are allowed – so-called "agricultural stormwater" – and only where the application of manure or process wastewater has been accomplished in accordance with site-specific nutrient management practices that ensure the appropriate agricultural utilization of nutrients, consistent with 40 C.F.R. § 122.42(e)(1)(vi)-(ix).

---

[2] "Process wastewater" is defined as "water directly or indirectly used in the operation of the CAFO for any or all of the following: spillage or overflow from animal or poultry watering systems; washing, cleaning, or flushing pens, barns, manure pits, or other CAFO facilities; direct contact swimming, washing, or spray cooling of animals; or dust control. Process wastewater also includes any water which comes into contact with any raw materials, products, or byproducts including manure, litter, feed, milk, eggs, or bedding." 40 C.F.R. § 412.2(d). In this regard, run-on water from upland areas that comes into contact with any raw materials, products, or byproducts at Grand View Feedlot, including manure from cattle, constitutes "process wastewater."

[3] An "overflow" means "the discharge of manure or process wastewater resulting from the filling of wastewater or manure storage structures beyond the point at which no more manure, process wastewater, or storm water can be contained by the structure." 40 C.F.R. § 412.2(g).

Upon information and belief, Simplot does not possess an individual or general CAFO NPDES Permit for the Grand View Feedlot, making each and every discharge a violation of the Clean Water Act. Furthermore, SRW understands that the Grand View Feedlot is not designed, constructed, operated, or maintained in a manner that contains all manure and process wastewater falling on and entering the site during a 25-year, 24-hour rainfall event. Upon information and belief, Grand View Feedlot does not operate the production area in accordance with the measures and record-keeping requirements at 40 C.F.R. § 412.37. Finally, SRW will allege in the lawsuit that Grand View Feedlot does not apply manure or process wastewater in compliance with site-specific nutrient management plans or the requirements of 40 C.F.R. § 122.42(e)(1)(vi)-(ix).

## VIOLATIONS OF THE CLEAN WATER ACT

SRW intends to initiate a citizen suit on or after the 60th day from the date of this letter against Simplot for violating the Clean Water Act and polluting the Snake River. Specifically, the lawsuit will allege that Simplot has discharged and continues to discharge animal wastes, including liquid and solid manure and process wastewater, from the Grand View Feedlot and other related point sources under Simplot's control, into waters of the United States, including into tributaries, ditches, and drainage canals that flow into the Snake River, and into the Snake River itself. Simplot has no NPDES permit authorizing these discharges. The pollutants that have been, are being, and will continue to be discharged include facility wastewater, process wastewater, washwater, liquid and solid animal manure and wastes, debris, sediment, and chemicals such as hormones and antibiotics routinely used at the Grand View Feedlot. The animal waste being discharged contains, among other pathogens and pollutants, fecal coliform and E. coli bacteria, nitrogen, phosphorus, and suspended solids, all of which pollute the Snake River.

Simplot's improper manure and process wastewater management, lack of clean water diversions, and improper operational practices have caused and continue to cause unpermitted discharges of liquid and solid animal waste and process wastewater to waters of the United States. Based on aerial and satellite imagery, as well as Simplot's own admission[4], Simplot has

---

[4] On December 9, 2019, Simplot submitted comments to EPA on EPA's proposed reissuance of the Clean Water Act general permit for CAFOs in Idaho. In those comments, Simplot stated as follows:

> "Permit Condition 2.c. requires clean water to be diverted from the production area or requires the facility provide adequate wastewater or manure storage capacity at the facility to contain clean water. It is difficult and costly to divert run on water from adjacent properties.
>
> As an example, at the Simplot operation near Grand View, Idaho, the topography north and east of the facility consists of steep rising terrain to a desert plain above the Snake River. The land bordering the Simplot operation is owned by the federal government and is managed by the U.S. Bureau of Land Management (BLM). This plain reaches elevations above 2,900 feet and drains to the Snake River valley below through a series of "draws". Building diversion structures to totally divert this water is not appropriate or feasible. In fact, to do so would require a number of such structures to be built on federal lands. If such structures were allowed by rules, such a project would go through a number of regulatory processes such as the National Environmental Policy Act (NEPA). Thus, this would be very cumbersome process with an uncertain outcome.

not installed diversion structures, adequate wastewater containment structures, or alternative conservation measures such as wastewater treatment facilities to control precipitation falling on the Grand View Feedlot site and any related stormwater entering the site. Precipitation that runs onto the Grand View Feedlot mingles with and becomes contaminated by large quantities of animal waste, feed, sediment, and other pollutants. The contaminated water then discharges to the Snake River via tributaries such as the Middle Line Canal, Low Line Canal, Jack Creek, Corder Creek, and other tributaries and conduits.[5] A flow map of the Snake River and the conduits presently suspected by SRW that transport Grand View's pollutants is attached as Exhibit B. A map depicting the parcel ownership by the Simplot entities, including assumed business name Grand View Farms, is attached hereto as Exhibit A.

The aerial images below depict the lack of clean water diversions at the Grand View Feedlot:



North Perimeter of Grand View Feedlot



East Perimeter of Grand View Feedlot

---

It is also not feasible to contain run on water at Simplot's Grand View property due to the enormous volume of run on water from thousands of acres of BLM land up-gradient of the facility. Therefore, Simplot recommends Permit Condition 2.c. be removed from the draft 2019 NPDES General Permit for CAFOs in Idaho."

Thus, Simplot admits that it does not divert clean water, nor that it adequately treats water that has become contaminated on its property. In fact, according to public assessor data, excluding barren land owned by the United States government, Simplot is the exclusive owner of the developed, upgradient property, which includes application fields. *See* Exhibit A hereto (ownership map).

[5] SRW will allege in the lawsuit that these tributaries and conduits are also waters of the United States.

Other operational practices at Simplot are causing unpermitted discharges in violation of the CWA. Upon information and belief, Simplot applies manure to its fields[6] in quantities, and at rates and times, that are not compliant with Simplot's nutrient management plan(s) (if any). As a result, Simplot's land application fields discharge excess manure through pipes, culverts, drains, and other conduits into the irrigation ditches and canals that are tributaries to the Snake River, as depicted below:




SRW has undertaken water quality sampling from public access points on public lands surrounding Simplot's property and the Grand View Feedlot. Samples have been obtained from the locations depicted on the map and described on the next page below. SRW's water quality sampling of the water in these locations demonstrates the continuous and ongoing nature of Grand View Feedlot's unlawful discharges. Samples taken from conduits into which Grand View Feedlot discharges, as well as from the Snake River discharge points, shows consistently high levels of total coliform and E. coli, both indicators of pollution from cattle manure. Samples further show the existence of nitrogen and phosphorus compounds consistent with cattle manure. The chart attached hereto as Exhibit C shows the dates and sampling results of SRW's water quality sampling. These samples demonstrate that unlawful discharges occurred on or around the dates samples were taken: June 11, 2017; June 12, 2017; August 25, 2017; May 5, 2022; June 28, 2022; September 29, 2022; September 30, 2022; October 3, 2022; October 4, 2022; October 5, 2022; October 6, 2022; and October 7, 2022. The breadth of the sampling data—data taken nearly five years apart—demonstrates that discharges from Grand View Feedlot are ongoing and continuous, and have occurred each day for at least the past five years.

---

[6] Simplot owns, at the very least, the following agricultural fields in Elmore County: Idaho Parcel Nos. RP04S02E255710, RP04S02E257290, RP04S02E360040, RP04S03E304810, RP04S03E307210, RP04S03E293610, RP04S03E299010, RP04S03E320010, RP04S03E325550, RP04S03E310040, RP05S03E060030, RP05S03E054210, RP05S03E050010, RP05S03E040040, RP05S03E045410, RP05S03E047840, RP05S03E047240, RP05S03E030640, RP05S03E030010, RP05S03E100010, RP05S03E107210, RP05S03E157850, RP05S03E154800, RP05S03E142415, RP05S03E 147850, RP05S03E114810, RP05S03E110610, RP05S03E110310, RP05S03E112420, RP05S03E023750, RP05S03E023050.



Sampling location "BL" corresponds with the Grand View, Idaho Public Boat Launch on the Snake River. This represents an "upstream" sampling location from Grand View Feedlot's discharges into the Snake River.

Sampling locations "BR1," "BR2," and "BR3" correspond to roadside access points within the county right of way on Bennet Road. Samples are from a ditch-like conveyance along the road.

Sampling locations "SR1" and "SR2" correspond to roadside access points within the county right of way on Shaw Road. Samples are from a canal, ditch, or other conveyance.

Sampling locations "TD" and "TPD" corresponds to public access points at the Trueblood Wildlife Area. Samples at TD are from a stream, ditch, or other conveyance, and at TPD are from a piped discharge point.

Sampling location "SPG" corresponds to "Snake below Grand View," a public access sampling location on the Snake River. This represents a "downstream" sampling location from Grand View Feedlot's discharges on the Snake River.

The sampling data also shows that Grand View Feedlot's discharges are causing or contributing to violations of Idaho's water quality standards. Under Idaho rules, "No pollutant shall be discharged from a single source or in combination with pollutants discharged from other sources in concentrations or in a manner that: (a) Will or can be expected to result in violation of the water quality standards applicable to the receiving water body or downstream waters; or (b) will injure designated or existing beneficial uses; or (c) is not authorized by the appropriate authorizing agency for those discharges that require authorization." IDAPA 58.01.02.080(1). The section of the Snake River to which Grand View Feedlot discharges is identified as the "Middle Snake / Succor" subdivision, specifically "SW-6, Snake River: C.J. Strike Dam to river mile 425 (T02N, R04W, Sec. 2)." *See* https://www.epa.gov/sites/default/files/2014-12/documents/idwqs.pdf, *see also* https://adminrules.idaho.gov/rules/current/58/580102.pdf. The designated uses are "Cold Water" for Aquatic Life, Primary Contact Recreation, and a Drinking Water Supply.

Pursuant to the primary contact recreation use, "Waters designated for recreation must meet criteria for indicator bacteria of fecal contamination[,]" which is measured through E. coli sampling. SRW's E. coli sampling of the Snake River has shown high E. coli results in waters that are downstream from Grand View Feedlot's discharges. For instance, SRW's sampling shows upstream samples that are below or at 100 CFU of E. coli per 100 mL. Three results downstream, however, show E. coli results above the 126 CFU/100 mL water quality standard set forth in Idaho regulations. Consequently, Grand View Feedlot is causing or contributing to violations of the primary contact recreation standard for this particular section of the Snake River.

Additionally, SRW will allege in the lawsuit that Grand View Feedlot's discharges have violated the general water quality standards for the Snake River, specifically the "Excess Nutrients" criteria at IDAPA 58.01.02.200.06 ("Surface waters of the state shall be free from excess nutrients that can cause visible slime growths or other nuisance aquatic growths impairing designated beneficial uses."). SRW has observed visible slime growth and other nuisance aquatic growths at the Snake River discharge locations at the Trueblood Wildlife Area. This growth interferes with and injures the designated beneficial uses for this section of the Snake River, including primary contact recreation and drinking water supply designations. SRW's sampling shows excess nutrients being discharged from Grand View Feedlot to the Snake River, such as multiple nitrogen compounds and orthophosphate, which are attributable to animal manure.

## INJUNCTIVE RELIEF & CIVIL PENALTIES

SRW will seek injunctive relief in the lawsuit requiring Simplot to abate all discharges, to install appropriate pollution control technology, and to develop and install adequate clean water diversions and infrastructure to detain the 25-year, 24-hour stormwater event. SRW will also request in the lawsuit that Grand View Feedlot obtain and come into full compliance with a NPDES CAFO Permit.

Liability for violating the Clean Water Act is strict, and each violation is subject to a civil penalty. *See* 33 U.S.C. § 1319(d). SRW will ask that the Court impose civil penalties as authorized by law. The present civil penalty amount per violation per day is $59,973, as adjusted

for inflation by EPA. *See* 87 Fed. Reg. 1676. SRW will allege in the lawsuit that Simplot has discharged and continues to discharge pollutants daily for every day for the past five years, subjecting Simplot to a daily penalty of up to $59,973 per violation. Please note that SRW will also seek additional penalty days for every day between now and when they file their lawsuit, as authorized by the Clean Water Act, as well as for each violation that occurs during the pendency of the forthcoming litigation.

SRW will also seek civil penalties for each day that the Grand View Feedlot did not have proper clean water diversions or other structures in the Production Area to detain all precipitation falling at the site, along with generated manure, for a 25-year, 24-hour stormwater event. Upon information and belief, these failures have been continuous and ongoing for the past five years.

Finally, as authorized by the Clean Water Act, SRW will seek an order from the Court requiring Simplot to pay SRW's attorneys' fees and costs, including expert witnesses' fees and costs.

## PARTIES GIVING NOTICE

The names, addresses, and phone numbers of the parties giving this Notice of Intent to Sue are:

Snake River Waterkeeper
1306 N 16th St
Boise, ID 83702
208-806-1303

The names, addresses, and phone numbers of counsel for the parties giving this Notice of Intent to Sue are:

Charles M. Tebbutt
Jon Frohnmayer
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Tel: 541-344-3505
Fax: 541-344-3516
charlie@tebbuttlaw.com
jon@tebbuttlaw.com

Bryan Hurlbutt
Advocates for the West
PO Box 1612
Boise, ID 83701
(208) 342-7024
bhurlbutt@advocateswest.org

Daniel C. Snyder
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: 202-797-8600
Fax: 202-232-7203
dsnyder@publicjustice.net

## CONCLUSION

We will be available to discuss effective remedies and actions that will assure Simplot's future compliance with the Clean Water Act, and all other applicable state and federal environmental laws. If you wish to avail yourself to this opportunity and avoid the need for adversarial litigation, or if you have any questions regarding this letter, please contact the undersigned. If you are or will be represented by an attorney, please have that attorney contact the undersigned instead.

Sincerely,

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.

Daniel C. Snyder
PUBLIC JUSTICE

Bryan Hurlbutt
ADVOCATES FOR THE WEST

*Via Certified Mail, Return Receipt Requested, to the following:*

| Michael S. Regan, Administrator
U.S. Environmental Protection Agency, Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460 |
|---|
| Casey Sixkiller, Regional Administrator
U.S. Environmental Protection Agency, Region 10
1200 Sixth Avenue, Suite 155
Seattle, WA 98101 |
| Jess Byrne, Director
Idaho Department of Environmental Quality
1410 N. Hilton St.
Boise, ID 83706 |

Exhibit A to SRWK's Notice of Intent to Sue



LEGEND:
Yellow Outline: J.R. Simplot Co.
Orange Outline: Grandview Farms, Inc.
Dark Blue Outline: Simplot Livestock, Lot #1.
Light Blue Outline: Simplot Livestock Co.



LEGEND:
Yellow Outline: J.R. Simplot Co.
Orange Outline: Grandview Farms, Inc.
Dark Blue Outline: Simplot Livestock, Lot #1.
Light Blue Outline: Simplot Livestock Co.

Exhibit B to SRWK's Notice of Intent to Sue



Exhibit C to SRWK's Notice of Intent to Sue

| SITE | DATE | 6.11.17 | 7.12.17 | 8.25.17 | 5.5.22 | 6.28.22 |
|---|---|---|---|---|---|---|
| Grandview Boat Launch (BL) | Total Coliform | NA | NA | NA | 75 | 104620 |
| | E. coli | NA | NA | NA | 2 | <10 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | NA | NA | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | NA | NA | 0.2 | NA |
| | Orthophosphate as P | NA | NA | NA | 0.017 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Bennett Road #3 (BR3) | Total Coliform | NA | NA | NA | >2420 | 19863 |
| | E. coli | NA | NA | NA | >2420 | 435 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | NA | NA | 0.3 | NA |
| | Total Kjeldahl Nitrogen | NA | NA | NA | 2.8 | NA |
| | Orthophosphate as P | NA | NA | NA | 0.589 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Bennett Road #2 (BR2) | Total Coliform | NA | NA | NA | >2420 | 77010 |
| | E. coli | NA | NA | NA | 276 | 749 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | NA | NA | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | NA | NA | 0.26 | NA |
| | Orthophosphate as P | NA | NA | NA | 0.183 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Shaw Road C167 (SR2) | Total Coliform | NA | 39000 | NA | >2420 | >241960 |
| | E. coli | NA | 39000 | 7800 | >2420 | 14136 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | 0.39 | 0.04 | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | 5.47 | 0.71 | 0.79 | NA |
| | Orthophosphate as P | NA | 1.34 | 0.56 | 0.472 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Bennett Road #1 (BR1) | Total Coliform | NA | 50000 | 2400 | >2420 | 141360 |
| | E. coli | NA | 12000 | NA | >2420 | 6488 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | 0.24 | 0.49 | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | 1.52 | 0.56 | 0.87 | NA |
| | Orthophosphate as P | NA | 0.87 | 0.59 | 0.428 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Shaw Road (SR1) | Total Coliform | NA | 300 | NA | 1414 | 98040 |
| | E. coli | NA | 70 | NA | 10 | 20 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | 0.4 | NA | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | 0.22 | NA | 0.43 | NA |
| | Orthophosphate as P | NA | >.05 | NA | 0.014 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Piped Discharge (TPD) | Total Coliform | NA | NA | NA | NA | 141360 |
| | E. coli | NA | NA | NA | NA | 855 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | NA | NA | NA | NA |
| | Total Kjeldahl Nitrogen | NA | NA | NA | NA | NA |
| | Orthophosphate as P | NA | NA | NA | NA | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Snake Trueblood Discharge (TD) | Total Coliform | 24000 | >2400 | NA | >2420 | 28510 |
| | E. coli | 1900 | >2400 | NA | 2420 | 1112 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | 1.4 | 1.4 | NA | NA | NA |
| | Ammonia as N | NA | NA | NA | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | NA | NA | 0.73 | NA |
| | Orthophosphate as P | NA | NA | NA | 0.366 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |
| Snake Below Grandview (SBG) | Total Coliform | NA | NA | NA | 1986 | 64880 |
| | E. coli | NA | NA | NA | 108 | 75 |
| | Nitrite as N | NA | NA | NA | NA | NA |
| | Nitrate as N | NA | NA | NA | NA | NA |
| | Ammonia as N | NA | NA | NA | <.050 | NA |
| | Total Kjeldahl Nitrogen | NA | NA | NA | 0.68 | NA |
| | Orthophosphate as P | NA | NA | NA | 0.025 | NA |
| | Total Dissolved Solids | NA | NA | NA | NA | NA |
| | Total Suspended Solids | NA | NA | NA | NA | NA |

| SITE | DATE | 9.29.22 | 9.30.22 | 10.3.22 | 10.4.22 | 10.5.22 | 10.6.22 | 10.7.22 |
|---|---|---|---|---|---|---|---|---|
| Grandview Boat Launch (BL) | Total Coliform | 2481 | 4,200 | 3,540 | 1,450 | 2,460 | 2,490 | 1,220 |
|  | E. coli | <10 | <100 | <100 | <100 | 100 | <100 | <100 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 |
|  | Nitrate as N | 1.16 | 1.32 | 1.43 | 1.27 | 1.37 | 1.21 | 1.32 |
|  | Ammonia as N | <0.05 | 0.058 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 |
|  | Total Kjeldahl Nitrogen | 0.45 | 0.8 | 0.39 | 0.34 | 0.4 | 0.42 | 0.26 |
|  | Orthophosphate as P | 0.02 | 0.019 | 0.02 | 0.027 | 0.021 | 0.018 | 0.018 |
|  | Total Dissolved Solids | 290 | 290 | 290 | 280 | 300 | 320 | 270 |
|  | Total Suspended Solids | 5 | <5 | <5 | <5 | <5 | <5 | <5 |
| Bennett Road #3 (BR3) | Total Coliform | 46110 | 12,230 | 19,350 | 26,030 | 17,850 | 17,820 | 16,640 |
|  | E. coli | 305 | <100 | <100 | <100 | 200 | 300 | 100 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.30 |
|  | Nitrate as N | 0.816 | 1.03 | 0.974 | 0.798 | 0.876 | 0.738 | 0.849 |
|  | Ammonia as N | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 |
|  | Total Kjeldahl Nitrogen | 0.58 | 0.39 | 0.33 | 0.41 | 0.28 | 0.33 | 0.17 |
|  | Orthophosphate as P | 0.041 | 0.034 | 0.037 | 0.041 | 0.039 | 0.03 | 0.038 |
|  | Total Dissolved Solids | 280 | 290 | 290 | 240 | 300 | 320 | 240 |
|  | Total Suspended Solids | <5 | <5 | <5 | <5 | <5 | <5 | <5 |
| Bennett Road #2 (BR2) | Total Coliform | >241,960 | >241,960 | 18,500 | >241,960 | >241,960 | 36,540 | 2,130 |
|  | E. coli | 7270 | 3,150 | <100 | 6,380 | 3,730 | 850 | <100 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.30 |
|  | Nitrate as N | 4.02 | 4.33 | 4.25 | 3.56 | 3.84 | 3.99 | 6.44 |
|  | Ammonia as N | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 |
|  | Total Kjeldahl Nitrogen | 0.79 | 0.82 | 0.5 | 0.74 | 0.67 | <0.1 | <0.1 |
|  | Orthophosphate as P | 0.24 | 0.203 | 0.18 | 0.288 | 0.307 | 0.2 | 0.273 |
|  | Total Dissolved Solids | 440 | 460 | 470 | 400 | 430 | 470 | 520 |
|  | Total Suspended Solids | 6 | 10 | <5 | <5 | <5 | <5 | <5 |
| Shaw Road C167 (SR2) | Total Coliform | >241,960 | >241,960 | 61,310 | >241,960 | 86,640 | >241,960 | >241,960 |
|  | E. coli | 670 | 12,360 | 970 | 6,440 | 1,210 | 9,330 | 3,550 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.30 |
|  | Nitrate as N | 0.401 | 0.48 | 0.687 | 0.505 | 0.566 | 0.543 | 0.385 |
|  | Ammonia as N | 0.11 | 0.12 | 0.085 | 0.062 | 0.066 | 0.061 | <0.05 |
|  | Total Kjeldahl Nitrogen | 1.1 | 1.5 | 0.66 | 1.2 | 0.83 | 0.99 | 1 |
|  | Orthophosphate as P | 0.669 | 1.14 | 0.537 | 1.05 | 0.746 | 0.8 | 0.97 |
|  | Total Dissolved Solids | 480 | 520 | 620 | 420 | 460 | 470 | 360 |
|  | Total Suspended Solids | <5 | <5 | <5 | <5 | <5 | <5 | <5 |
| Bennett Road #1 (BR1) | Total Coliform | 98040 | >241,960 | 34,480 | 241,960 | 92,080 | 141,360 | 129,970 |
|  | E. coli | 262 | 3,360 | 720 | 2,410 | 2,230 | 1,480 | 950 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 |
|  | Nitrate as N | 0.453 | 0.748 | 0.708 | 0.675 | 0.595 | 0.535 | 0.468 |
|  | Ammonia as N | 0.071 | 0.06 | 0.06 | <0.05 | <0.05 | <0.05 | <0.05 |
|  | Total Kjeldahl Nitrogen | 1.6 | 1.2 | 0.67 | 1.1 | 0.72 | 0.66 | 0.67 |
|  | Orthophosphate as P | 0.657 | 0.721 | 0.553 | 0.436 | 0.314 | 0.29 | 0.444 |
|  | Total Dissolved Solids | 480 | 430 | 260 | 310 | 340 | 360 | 300 |
|  | Total Suspended Solids | 34 | 24 | 12 | 50 | 23 | 15 | 9 |
| Shaw Road (SR1) | Total Coliform | 19863 | 3,550 | 2,560 | 2,690 | 2,650 | 3,310 | 980 |
|  | E. coli | 256 | 100 | <100 | <100 | <100 | <100 | 100 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 |
|  | Nitrate as N | 0.918 | 1.2 | 1.2 | 0.978 | 1 | 0.869 | 0.97 |
|  | Ammonia as N | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 |
|  | Total Kjeldahl Nitrogen | 0.55 | 0.43 | 0.33 | 0.3 | 0.35 | 0.42 | 0.31 |
|  | Orthophosphate as P | 0.036 | 0.012 | 0.015 | 0.012 | 0.011 | 0.01 | 0.01 |
|  | Total Dissolved Solids | 270 | 290 | 290 | 260 | 280 | 310 | 250 |
|  | Total Suspended Solids | <5 | <5 | <5 | <5 | <5 | <5 | <5 |
| Piped Discharge (TPD) | Total Coliform | >241,960 | NA | NA | NA | NA | NA | NA |
|  | E. coli | 8164 | NA | NA | NA | NA | NA | NA |
|  | Nitrite as N | <0.3 | NA | NA | NA | NA | NA | NA |
|  | Nitrate as N | <0.18 | NA | NA | NA | NA | NA | NA |
|  | Ammonia as N | <0.05 | NA | NA | NA | NA | NA | NA |
|  | Total Kjeldahl Nitrogen | 1.5 | NA | NA | NA | NA | NA | NA |
|  | Orthophosphate as P | 0.902 | NA | NA | NA | NA | NA | NA |
|  | Total Dissolved Solids | 390 | NA | NA | NA | NA | NA | NA |
|  | Total Suspended Solids | <5 | NA | NA | NA | NA | NA | NA |
| Snake Trueblood Discharge (TD) | Total Coliform | 81640 | 32,550 | 5,120 | 24,890 | 34,410 | 25,950 | 10,950 |
|  | E. coli | 538 | 520 | 100 | 1,090 | 860 | 520 | 410 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.30 |
|  | Nitrate as N | 1.06 | 1.25 | 1.34 | 1.05 | 1.05 | 0.911 | 0.9 |
|  | Ammonia as N | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.5 |
|  | Total Kjeldahl Nitrogen | 0.64 | 0.98 | 0.47 | 0.64 | 0.74 | 0.56 | 0.65 |
|  | Orthophosphate as P | 0.432 | 0.57 | 0.129 | 0.572 | 0.492 | 0.445 | 0.481 |
|  | Total Dissolved Solids | 440 | 490 | 340 | 440 | 440 | 430 | 400 |
|  | Total Suspended Solids | 5 | 6 | <5 | 6 | 12 | 9 | 6 |
| Snake Below Grandview (SBG) | Total Coliform | 12,033 | 5,490 | 4,640 | 4,800 | 2,620 | 5,380 | 36,540 |
|  | E. coli | 135 | 100 | <100 | <100 | 310 | 200 | <100 |
|  | Nitrite as N | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 | <0.3 |
|  | Nitrate as N | 1.01 | 1.27 | 1.35 | 1.22 | 1.23 | 1.05 | 1.15 |
|  | Ammonia as N | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 | <0.05 |
|  | Total Kjeldahl Nitrogen | 0.59 | 0.87 | 0.35 | 0.37 | 0.32 | 0.3 | 0.39 |
|  | Orthophosphate as P | 0.043 | 0.04 | 0.032 | 0.04 | 0.042 | 0.034 | 0.041 |
|  | Total Dissolved Solids | 350 | 340 | 310 | 300 | 330 | 340 | 320 |
|  | Total Suspended Solids | 10 | <5 | <5 | <5 | <5 | <5 | <5 |